## McGoldrick et al. *v.* Slevin et al.

APPEAL from the Tippecanoe Civil Circuit Court.

Pettit, J.—The title given to this case in the assignment of errors is *Margaret McGoldrick et al.* v. *James Slevin et al.,* while the appellants and appellees are numerous (six of the former and four of the latter). The appeal must be dismissed for not complying with rule first of this court, in not setting out the full names of all the parties.

The appeal is dismissed, at the costs of appellants.

*H. W. Chase* and *J. A. Wilstach,* for appellants.

*S. A. Huff, B. W. Langdon,* and *J. S. Pettit,* for appellees.